Law Offices of Bill LaTour
Bill LaTour [C.S.B.N. 169758]
11332 Mountain View Ave., Suite C
Loma Linda, California, 92354
    Telephone: [909] 796-4560
    Facsimile: [909] 796-3402
    E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

GEORGE S. CARDONA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JOANNA KANG [C.S.B.N.251756]
SPECIAL ASSISTANT UNITED STATES ATTORNEY
333 Market St., Suite 1500
San Francisco, CA  94105
Telephone: 415-977-8977
Facsimile: 415-744-0134
E-Mail: joanna.kang@ssa.gov

Attorney for Defendant

UNITED STATES DISTRICT COURT,

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| SAMUEL KINSEY, | ) No. EDCV 08-3346 PJW |
|---|---|
| Plaintiff, | ) ORDER OF DISMISSAL WITH PREJUDICE |
| v. | ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant. | ) |

1
2      Pursuant to the parties' Stipulation to Dismissal With Prejudice, IT IS
3  ORDERED that the above-captioned proceeding is dismissed with prejudice; each side
4  to bear her own attorney fees, costs, and expenses, including but not limited to attorney
5  fees under the Equal Access to Justice Act.
6      Date:   1/14/10
7
8                    /s/ Patrick J. Walsh
    PATRICK J. WALSH
9      UNITED STATES MAGISTRATE JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28